PER CURIAM.
In this Anders appeal,[1] we affirm the judgment and sentence, but remand for correction of an apparent scrivener’s error. The judgment designates the offense of driving while license suspended or revoked as a first-degree misdemeanor, but as the state acknowledged in the plea and sentencing proceedings, the offense charged in this instance is a second-degree misdemeanor pursuant to section 322.34(1), Florida Statutes (Supp. *920 1994). The trial court is therefore directed to correct the written judgment accordingly.
BOOTH, JOANOS and VAN NORTWICK, JJ., concur.

. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).